(No. 3025- )

ELVA JENNINGS PENWELL, Claimant, *vs*. STATE OF ILLINOIS, Respondent.

*Opinion filed February 21, 1957.*

JOHN W. PREIHS, Attorney for Claimant.

LATHAM CASTLE, Attorney General; C. ARTHUR NEBEL, Assistant Attorney General, for Respondent.

TOLSON, C. J.

On December 13, 1956, claimant, Elva Jennings Penwell, filed a supplemental petition for reimbursement for monies expended by her for medical services and expenses from February 1, 1956 to December 1, 1956.

Claimant was injured in an accident, while employed at the Illinois Soldiers' and Sailors' Children's School at Normal, Illinois. The accident occurred on February 2, 1936, and the original award is reported in 11 C.C.R.

365. This Court retained jurisdiction of the case, and additional awards have been made from time to time.

The petition before the Court at this time again discloses that claimant is permanently disabled, and is entitled to an additional award. Original receipts, received in evidence, establish the following claim:

| | | |
|---|---|---|
| (1) | Nurses | |
| | (a) Wages | $1,373.15 |
| | (b) Board and Room | 533.75 |
| | | $1,906.90 |
| (2) | Drugs and Supplies | 74.75 |
| (3) | Physician | 1,056.07 |
| (4) | Miscellaneous | 122.61 |
| | Total | $3,160.33 |

An award is, therefore, made to claimant for monies expended from February 1, 1956 to December 1, 1956 in the amount of $3,160.33.

The Court reserves jurisdiction for further determination of claimant's need for additional medical care.